**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**DWAINE WRIGHT,**

      **Petitioner,**                  **CASE NO. 2:10-CV-853**
                                    **JUDGE ALGENON L. MARBLEY**
**v.**                              **Magistrate Judge E.A. Preston Deavers**

**STATE OF OHIO,** *et al.*,
      **Respondent.**

**OPINION AND ORDER**

      On December 30, 2010, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 be dismissed. Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation*, and of the consequences of failing to do so, no objections have been filed. The *Report and Recommendation* is **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED.**

      **IT IS SO ORDERED.**

                                             _s/Algenon L. Marbley_____
                                           ALGENON L. MARBLEY
                                           UNITED STATES DISTRICT JUDGE

March 11, 2011